# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1047
_____

CHARLES E. BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.

October 24, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Greenberg of Rumberger, Kirk & Caldwell, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.